CLARK COUNTY SCHOOL DISTRICT AND THE BOARD OF SCHOOL TRUSTEES OF SAID DISTRICT, CONSISTING OF GLEN C. TAYLOR, HELEN G. CANNON, JOHN F. ANDERSON, CLARE W. WOODBURY, C. DONALD BROWN, JAMES C. ANDRUS, DAVID CANTER; AND KENNY C. GUINN, SUPERINTENDENT, APPELLANTS, *v.* GARLAND L. JONES, BETTY ROBERTS, VERNON FAULSTICH, MADELINE DAYTON, KENNETH GOODMAN AND CONNIE WILLIAMS, RESPONDENTS.

No. 7056

October 24, 1972 502 P.2d 110

*Robert L. Petroni,* of Las Vegas, for Appellants.

*Tad Porter,* of Las Vegas, for Respondents.

## OPINION

*Per Curiam:*

The state district court enjoined the Board of School Trustees of Clark County School District from effectuating a judgment of the United States District Court for the District of Nevada directing implementation of the "Sixth Grade Center Plan" to desegregate the schools.[1] The state court injunction was entered without jurisdiction [Roy v. Brittain, 297 S.W.2d 72 (Tenn. 1956); Brewer v. Hoxie School District No. 46, 238 F.2d 91 (8 Cir. 1956); U.S. Const. art. VI, cl. 2; Nev. Const. art 1, § 2], and is peremptorily set aside. The motion to dissolve it should have been granted.

Reversed.

---

[1] A history of the federal court litigation is set forth in Kelly v. Guinn, 456 F.2d 100 (9 Cir. 1972).